1  PAUL ALAN LEVY, *pro hac vice* pending
   Public Citizen Litigation Group
2  1600 20th Street, NW
   Washington, DC  20009
3  Telephone: 202/588-1000
   Facsimile:  202/588-7795
4  Email: plevy@citizen.org

5  ANN BRICK (No. 65296)
   American Civil Liberties Union Foundation
6  of Northern California, Inc.
   39 Drumm Street
7  San Francisco, California  94111
   Telephone: 415/621-2493
8  Facsimile:  415/255-8437
   Email: abrick@aclunc.org

9
   Attorneys for Movant
10

11
                    UNITED STATES DISTRICT COURT
12                FOR THE NORTHERN DISTRICT OF CALIFORNIA
                           SAN FRANCISCO DIVISION
13

14
   PARKMERCED INVESTORS PROPERTIES    )    No. CV-08-4434-SC
15 LLC, *et al.*,                     )
                                      )    **STIPULATION AND [~~PROPOSED~~]**
16            Plaintiffs,             )    **ORDER TO REMOVE**
                                      )    **INCORRECTLY FILED**
17                                    )    **DOCUMENT**
                                      )
18        v.                          )
                                      )
19 DOES 1-18, INCLUSIVE               )
                                      )
20            Defendants.             )

21
        Plaintiffs and movant John Doe, through their respective counsel, hereby stipulate that
22
   Document 5-6, which was filed with an incomplete redaction of personally identifying information,
23
   should be removed from the Court's ECF docket in this case, in favor of the completely redacted
24
   document, which has since been filed as Document No. 12.
25

26

27

28

Respectfully submitted,

/s/ Paul Alan Levy
Paul Alan Levy (DC Bar No. 946400)

Public Citizen Litigation Group


/s/ Ann Brick
Ann Brick (No. 65296)

American Civil Liberties Union
Foundation of Northern California, Inc.

Attorneys for John Doe


GIBSON, DUNN & CRUTCHER LLP


/s/   Terence Ross
Terence Ross

November 26, 2008         Attorney for Plaintiffs

**DECLARATION PURSUANT TO GENERAL ORDER 45, § X.B**

I, Ann Brick, hereby declare pursuant to General Order 45, § X.B, that I have obtained the concurrence in the filing of this document from each of the signatories listed above.

I declare under penalty of perjury that the foregoing declaration is true and correct and that this Declaration was executed on November 26, 2008, at San Francisco, California.


/s/ Ann Brick
Ann Brick
Counsel for John Doe


**PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED**

Dated: ~~November     , 2008~~
December 3, 2008              United States District Judge

*[Seal: United States District Court, Northern District of California — IT IS SO ORDERED — Judge Samuel Conti]*