GIBSON, DUNN & CRUTCHER LLP
G. CHARLES NIERLICH, SBN 196611
GNierlich@gibsondunn.com
555 Mission St., Ste. 3000
San Francisco, California 94105
Telephone: (415) 393-8200
Facsimile: (415) 393-8306

GIBSON, DUNN & CRUTCHER LLP
TERENCE ROSS, *of counsel*
TRoss@gibsondunn.com
1050 Connecticut Avenue N.W.
Washington, District of Columbia 20036
Telephone: (202) 955-8500
Facsimile: (202) 467-0539

Attorneys for Plaintiffs
Parkmerced Investors Properties LLC and
Stellar Larkspur Partners LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARKMERCED INVESTORS PROPERTIES, LLC, a Delaware Limited Liability Company, and STELLAR LARKSPUR PARTNERS, LLC, a Delaware Limited Liability Company,<br><br>Plaintiffs,<br><br>v.<br><br>Does 1-20, Inclusive,<br><br>Defendants. | CASE NO. C-08-04434 SC<br><br>**DECLARATION OF G. CHARLES NIERLICH IN SUPPORT OF ADMINISTRATIVE MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**<br><br>Date: N/A<br>Time: N/A<br>Place: Courtroom 1, 17th floor<br>Judge: Hon. Samuel Conti |

I, G. Charles Nierlich, declare as follows:

1. I am an attorney at law, duly licensed to practice before all courts of the State of California and before the United States District Court for the Northern District of California. I am a partner with Gibson, Dunn & Crutcher LLP, counsel of record for Plaintiffs Parkmerced Investors Properties LLC and Stellar Larkspur Partners LLC (collectively, "Plaintiffs") in the above-captioned matters. I have personal knowledge of the facts stated herein and could and would testify

1

Gibson, Dunn & Crutcher LLP

DECLARATION OF G. CHARLES NIERLICH IN SUPPORT OF ADMINISTRATIVE MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES, Case No. C-08-04434 SC

competently thereto if called upon to do so. I submit this Declaration in support of Plaintiffs' Administrative Motion to Continue Initial Case Management Conference and ADR Deadlines.

2. Plaintiffs filed a Complaint in this action on September 23, 2008. Plaintiffs allege in the Complaint that a number of unidentified individuals, the true names and capacities of which Plaintiffs were not aware, unlawfully posted false, misleading and defamatory comments regarding two apartment communities, Parkmerced and Larkspur Shores Apartment Homes, on a public website with the URL address www.apartmentratings.com. Plaintiffs further allege in the Complaint that these postings constitute false and misleading description and representation, interference with contract or other economic relationship and libel. At that time of filing the Complaint, Plaintiffs were not aware of the true names and capacities of Defendants, and thus sued these Defendants by fictitious names.

3. On October 3, 2008, Plaintiffs issued a subpoena to ApartmentRatings.com, to facilitate determining the identity of various Defendants. The subpoena requested that ApartmentRatings.com produce documents by November 10, 2008. On request of counsel for ApartmentRatings.com, Plaintiffs agreed to extend the subpoena deadline to November 21, 2008.

4. On November 19, 2008, a Third Party Doe brought a Motion for Protective Order and to Strike. On November 21, 2008, counsel for ApartmentRatings.com notified counsel for Plaintiffs that ApartmentRatings.com would not produce documents in response to the subpoena because of the pending Motion for Protective Order and to Strike.

5. On November 26, 2008, Movant Doe agreed to withdraw the Motion for Protective Order and to Strike and on December 8, 2008, Movant Doe filed a Motion to Withdraw the Motion for Protective Order and to Strike.

6. On December 19, 2008, Plaintiffs filed an Administrative Motion to Continue Initial Case Management Conference and ADR Deadlines because Plaintiffs were not able to identify various Defendants at that time. The Court granted Plaintiffs' Administrative Motion and rescheduled the Initial Case Management Conference for March 6, 2009.

Gibson, Dunn & Crutcher LLP

DECLARATION OF G. CHARLES NIERLICH IN SUPPORT OF ADMINISTRATIVE MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES, Case No. C-08-04434 SC

1  7. Plaintiffs contacted counsel for ApartmentRatings.com repeatedly in December 2008 and January 2009 to reiterate Plaintiffs' request that ApartmentRatings.com promptly comply with the outstanding subpoena to identify Defendants.

8. ApartmentRatings.com provided information in response to Plaintiffs' subpoena on January 20, 2009.

9. Based on information gathered from ApartmentRatings.com, Plaintiffs issued subpoenas to internet service providers on February 20, 2009 to gather information sufficient to identify Plaintiffs. The subpoenas request that the providers provide documents by March 6, 2009.

10. The Initial Case Management Conference is currently scheduled for March 6, 2009. Plaintiffs must meet and confer with Defendants concerning initial disclosures, early settlement, ADR process selection, and a discovery plan in advance of submitting a Rule 26(f) Report and a Joint Case Management Statement, both of which are due on February 27, 2009.

11. Because Plaintiffs have not identified the various Defendants, Plaintiffs cannot meet and confer with Defendants concerning initial disclosures, early settlement, ADR process selection, and a discovery plan, prepare a Rule 26(f) Report, or prepare a Joint Case Management Statement. For the same reason, Plaintiffs have been unable to meet and confer with any Defendant concerning this Administrative Motion.

12. Accordingly, Plaintiffs request a continuance of approximately two months of the Initial Case Management Conference and all related deadlines, including the ADR deadlines. Specifically, Plaintiffs request that the Initial Case Management Conference be rescheduled for May 6, 2009, or as soon thereafter as the Court is available, and that all other deadline be continued accordingly.

I declare, under the penalty of perjury under the laws of the United States that these facts are true and correct and that this Declaration is executed this 20th day of February, 2009 at San Francisco, California.

*/s/ G. Charles Nierlich*_____
G. Charles Nierlich

100607846_1 (2).DOC