GIBSON, DUNN & CRUTCHER LLP
G. CHARLES NIERLICH, SBN 196611
GNierlich@gibsondunn.com
555 Mission St., Ste. 3000
San Francisco, California 94105
Telephone: (415) 393-8200
Facsimile: (415) 393-8306

GIBSON, DUNN & CRUTCHER LLP
TERENCE ROSS, *of counsel*
TRoss@gibsondunn.com
1050 Connecticut Avenue N.W.
Washington, District of Columbia 20036
Telephone: (202) 955-8500
Facsimile: (202) 467-0539

Attorneys for Plaintiffs
Parkmerced Investors Properties LLC and
Stellar Larkspur Partners LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARKMERCED INVESTORS PROPERTIES LLC, a Delaware Limited Liability Company, and STELLAR LARKSPUR PARTNERS, LLC, a Delaware Limited Liability Company,<br><br>Plaintiffs,<br><br>v.<br><br>Does 1-18, Inclusive,<br><br>Defendants. | CASE NO. C-08-04434 SC<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs Parkmerced Investors Properties LLC and Stellar Larkspur Partners LLC, by their undersigned counsel, hereby dismiss this action without prejudice.

DATED: April 30, 2009

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP


By:: _____/s/ G. Charles Nierlich_____
                G. Charles Nierlich

Attorneys for Plaintiffs
Parkmerced Investors Properties LLC and
Stellar Larkspur Partners LLC

**IT IS SO ORDERED**
*[signature]*
Judge Samuel Conti
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

April 30, 2009